IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HERBERT THOMPSON, <br> AIS # 161484, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MANAGER BRYANT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:22-cv-473-ECM <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On August 26, 2022, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1404.

Done this 17th day of October, 2022.

                                                /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE